UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT DENNIS MANDEVILLE, )<br>)<br>Defendant. ) | Criminal Case No.<br>13-CR-15-JMH<br><br>**MEMORANDUM OPINION & ORDER** |

\*\*\*

Defendant Robert Dennis Mandeville has made a motion [DE 49], pro se, asking that the Court reconsider his detention at this time. The Court has carefully considered that motion in light of several items: (1) the response made by the United States of America [DE 52], (2) the Magistrate Judge's February 9, 2013, detention decision in which he concluded, on the facts before him, that there was probable cause to believe that Defendant had committed an offense for which a maximum prison term of ten years or more is prescribed in 21 U.S.C. § 801, *et seq.*, and that he failed to overcome a presumption that he was a danger to the community [DE 29]; (3) Defendant's motion, made by and through counsel, for rearraignment, which the Court will hear on Monday, April 15, 2013 [DE 44]; and (4) the fact that the Court has been advised by virtue of the parties' proposed plea agreement that Defendant seeks to enter a guilty plea to Counts 5 and 7 of the Indictment, charging violations of 18

U.S.C. § 966(g)(1), felon in possession of a firearm, and 21 U.S.C. § 841(a)(1), manufacture and possession with intent to distribute methamphetamine.

Ultimately, Defendant has given this Court no additional or new facts upon which it might rely in order to conclude that the detention decision reached by the Magistrate Judge should be modified in this pre-trial period. Further, the Court is mindful that Defendant has been charged with and has now indicated that he wishes to enter a guilty plea with respect to a violation of 21 U.S.C. § 841(a)(1), manufacture of methamphetamine, for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act. There will be, if he enters a guilty plea, a presumption that he should be detained under 18 U.S.C. § 3143(a)(2) in the post-plea period prior to sentencing, as well.

Accordingly, **IT IS ORDERED** that Defendant Robert Dennis Mandeville's motion [DE 49], made pro se, in which he asks that the Court reconsider his detention is **DENIED**.

This the 10th day of April, 2013.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge